COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
SHANNON M. EAGAN (212830) (seagan@cooley.com)
JANELLE M. FERNANDES (322217) (jfernandes@cooley.com)
PRIYA GAMBHIR (353954) (pgambhir@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:     +1 650 843 5000
Facsimile:     +1 650 849 7400

Attorneys for Defendants
CALIX, INC., MICHAEL WEENING,
and CORY SINDELAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WASEEM NOOR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIX, INC., MICHAEL WEENING, and CORY SINDELAR,<br><br>Defendants. | Case No. 5:26-cv-04993-PCP<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT AND VACATE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br><br>Dept:          Courtroom 8, 4th Fl.<br>Judge:         Hon. P. Casey Pitts<br><br>Trial Date:    Not Yet Set<br>Date Action Filed:  May 27, 2026 |

Pursuant to Rules 6-1, 6-2, and 7-12 of the Northern District of California Civil Local Rules ("Civil Local Rule(s)"), plaintiff Waseem Noor ("Plaintiff") and defendants Calix, Inc. ("Calix"), Michael Weening, and Cory Sindelar (collectively "Defendants," and together with Plaintiff, the "Parties"), hereby agree and stipulate that good cause exists to request an order from the Court extending Defendants' time to respond to the Complaint (defined below), vacating the Initial Case Management Conference scheduled for August 27, 2026, and all associated deadlines, and vacating the Alternative Dispute Resolution ("ADR") deadlines set by the Court.

WHEREAS, on May 27, 2026, Plaintiff filed a putative class action complaint against Defendants for alleged violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Complaint");

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1

STIPULATED REQUEST AND
[PROPOSED] ORDER
CASE NO. 5:26-CV-04993-PCP

WHEREAS, under the Private Securities Litigation Reform Act of 1995 ("PSLRA"), the plaintiff who files the initial action must, within 20 days of filing the action, publish notice to the purported class informing the class members of their right to seek appointment as lead plaintiff within 60 days of publication of the notice. *See* 15 U.S.C. § 78u-4(a)(3)(A). The Court must appoint a lead plaintiff no later than 90 days after the notice has been published (15 U.S.C. §78u-4(a)(3)(B)(i)), except if a motion to consolidate multiple actions has been filed, then the Court must wait until any consolidation motion has been resolved before appointing a lead plaintiff (15 U.S.C. § 78u-4(a)(3)(B)(ii));

WHEREAS, on May 27, 2026, counsel for Plaintiff published the notice of pendency alerting purported class members to the pendency of the above-captioned action and the July 27, 2026 deadline for seeking appointment as lead plaintiff (*see* ECF No. 8);

WHEREAS, on May 27, 2026, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines (ECF No. 5), setting the following deadlines:

- August 6, 2026, for the Parties to comply with certain requirements under the Federal Rules of Civil Procedure and the Civil Local Rules and ADR Local Rules regarding initial disclosures, early settlement, ADR process selection, and discovery planning;

- August 20, 2026, for the Parties to file a Rule 26(f) Report, complete initial disclosures or state objections in the Rule 26(f) Report, and file a Joint Case Management Statement; and

- August 27, 2026, at 1:00 p.m. for an Initial Case Management Conference;

WHEREAS, on June 2, 2026, Plaintiff served Calix's registered agent with, among other documents, the Complaint (*see* ECF No. 7);

WHEREAS, Calix's deadline to respond to the Complaint is June 23, 2026;

WHEREAS, the Parties believe that, in order to conserve the Court's and the Parties' resources, good cause exists to defer Defendants' response to the Complaint, or any subsequently filed complaints filed in or transferred to this Court, until after a lead plaintiff has been appointed and filed an amended complaint, and to vacate the Initial Case Management Conference and

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

STIPULATED REQUEST AND
[PROPOSED] ORDER
CASE NO. 5:26-CV-04993-PCP

associated deadlines and the ADR Program deadlines set by the Court, until after Defendants' anticipated motion to dismiss the lead plaintiff's amended complaint has been decided;

WHEREAS, the Parties have not sought any other extensions of time in this action; and

WHEREAS, the Parties do not seek to reset these dates for the purpose of delay, and the proposed new dates will not affect any additional pre-trial and trial dates as the Court has yet to schedule these dates.

NOW, THEREFORE, the Parties, subject to approval of the Court, hereby stipulate and agree as follows:

1.    Counsel for Defendants accepts service of the Complaint on behalf of Defendants Michael Weening and Cory Sindelar.

2.    Pursuant to Civil Local Rule 6-1, Defendants' obligation to answer, move to dismiss, or otherwise respond to the Complaint, or any subsequently filed related complaints filed in or transferred to this Court, is extended until a date to be set after the appointment of a lead plaintiff and the filing by such lead plaintiff of an amended complaint;

3.    Within fourteen (14) days following the appointment of lead plaintiff and lead counsel, Defendants shall meet and confer with the court-appointed lead plaintiff and submit a schedule for the filing of an amended complaint and the time for Defendants' response thereto;

4.    The Initial Case Management Conference scheduled for August 27, 2026, is vacated, along with any associated deadlines under the Federal Rules of Civil Procedure and Civil Local Rules, until after Defendants' anticipated motion to dismiss the lead plaintiff's amended complaint has been decided and shall be reset on a date the Court determines to be appropriate;

5.    All associated ADR Program deadlines are likewise vacated until after Defendants' anticipated motion to dismiss the lead plaintiff's amended complaint has been decided and shall be reset for dates the Court determines to be appropriate; and

6.     Nothing in this stipulation shall be construed as a waiver of any of Defendants' rights or positions in law or equity, or as a waiver of any defenses that Defendants would otherwise have, including, without limitation, jurisdictional defenses.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3

STIPULATED REQUEST AND
[PROPOSED] ORDER
CASE NO. 5:26-CV-04993-PCP

IT IS SO STIPULATED.

Dated: June 23, 2026                          COOLEY LLP


                                             By:    /s/ Patrick E. Gibbs
                                                  Patrick E. Gibbs

                                             Attorneys for Defendants CALIX, INC.,
                                             MICHAEL WEENING, and CORY
                                             SINDELAR

Dated: June 23, 2026                          GLANCY PRONGAY WOLKE & ROTTER
                                             LLP


                                             By:    /s/ Charles H. Linehan
                                                  Charles H. Linehan (307439)

                                             Robert V. Prongay (270796)
                                             Pavithra Rajesh (323055)
                                             1925 Century Park East, Suite 2100
                                             Los Angeles, California 90067
                                             Telephone:   +1 310 201-9150
                                             Facsimile:   +1 310 201-9160
                                             clinehan@glancylaw.com
                                             rprongay@glancylaw.com
                                             prajesh@glancylaw.com

                                             Attorneys for Plaintiff WASEEM NOOR

## ATTESTATION

In compliance with Civil Local Rule 5-1(i)(3), all signatories concur in the filing of this document.


Dated: June 23, 2026                          By:        /s/ Patrick E. Gibbs
                                                  Patrick E. Gibbs

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4

STIPULATED REQUEST AND
[PROPOSED] ORDER
CASE NO. 5:26-CV-04993-PCP

**[PROPOSED] ORDER**

**IT IS SO ORDERED**.

Date: _June 25, 2026_

_____
**HONORABLE P. CASEY PITTS**
**UNITED STATES DISTRICT JUDGE**

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

5

**STIPULATED REQUEST AND**
**[PROPOSED] ORDER**
**CASE NO. 5:26-CV-04993-PCP**